**Matthew S. Kirkpatrick**, OSB No. 083820
Email: MattK@MKirkpatrickLaw.com
KIRKPATRICK LAW
7505 SE 18th Avenue
Portland, OR 97202
Telephone:  (503) 901-8739
Facsimile:   (503) 894-7846

**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK SCHOLL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>LANDCAR CASUALTY COMPANY and LANDCAR AGENCY, INC.,<br><br>        Defendant. | Case No. 3:16-cv-01922-AC<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Pursuant to the stipulation of the parties as set forth below, by and through their counsel of record, that plaintiff Patrick Scholl's action against defendants Landcar Casualty Company and Landcar Agency, Inc. has been compromised and settled and that the case should be

dismissed with prejudice as to plaintiff's individual claims, without prejudice as to the putative class claims, and without attorney fees or costs to either party,

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned action is dismissed in its entirety, with prejudice as to plaintiff's individual claims, without prejudice as to the putative class claims, and without attorney fees or costs to either party.

DATED this 31st day of ~~April~~ march 2017.

U.S. Magistrate Judge John V. Acosta

IT IS SO STIPULATED

**KIRKPATRICK LAW**

By: s/ Matthew S. Kirkpatrick
    **Matthew S. Kirkpatrick,**
    OSB No. 083820

7505 SE 18th Avenue
Portland, OR 97202
Telephone: (503) 901-8739
Facsimile: (503) 894-7846
Email: MattK@MKirkpatrickLaw.com

**Attorneys for Plaintiff**

**STOEL RIVES LLP**

By: s/ Kennon Scott
    **Timothy W. Snider**, OSB No. 034577
    **Kennon Scott**, OSB No. 144280

760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: twsnider@stoel.com
        kscott@stoel.com

**Attorneys for Defendants**